UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDALL J. SCHULTZ,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:97-cr-143-01

## ORDER DENYING MOTION TO MODIFY RESTITUTION PAYMENT

This matter is before the Court on Defendant Randall Joseph Schultz's Motion to Modify Restitution Payment (Dkt. #22). The docket sheet reflects that the defendant was sentenced on March 26, 1998 by the Honorable Richard Alan Enslen. As part of the sentence, the defendant was ordered to pay $105,278.19 in restitution. The defendant now seeks a waiver of the interest due on the restitution and for a modification of the total amount of restitution owed to the victims. He also seeks appointment of counsel. However, this Court is without jurisdiction to decide the defendant's motion because jurisdiction was transferred to the District of Minnesota on June 5, 2000 (Dkt. #20, Order Transferring Jurisdiction). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Randall Joseph Schultz's Motion to Modify Restitution Payment and for Appointment of Counsel (Dkt. #22) is **DENIED without prejudice for lack of jurisdiction**.

Date: August 2, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge